

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joshua Gilbert Bonilla,

\* From the 238th District
Court of Midland County,
Trial Court No. CR41897.

Vs. No. 11-14-00138-CR

\* August 21, 2015

The State of Texas,

\* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.